<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-6629

_____

EDWARD LITTLES, JR.,

               Petitioner - Appellant,

     v.

STATE OF SOUTH CAROLINA,

               Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Cameron McGowan Currie, District Judge. (9:07-cv-03760-CMC)

_____

Submitted: August 26, 2009       Decided: September 2, 2009

_____

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Edward Littles, Jr., Appellant Pro Se. Donald John Zelenka, Deputy Assistant Attorney General, Melody Jane Brown, Samuel Creighton Waters, Assistant Attorneys General, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Littles, Jr., seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). See 28 U.S.C. § 2107 (2006). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on February 27, 2009. The notice of appeal was filed on April 1, 2009.[*] Because Littles failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny Littles's motion for a certificate of appealability as moot. We dispense with oral

---

[*] For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. Fed. R. App. P. 4(c); Houston v. Lack, 487 U.S. 266 (1988).

argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>
